LEONARD HAYNES ET AL. V. STATE OF TEXAS.

No. 1561.   Decided March 27, 1907.

SERVANDO BENAVIDES V. STATE OF TEXAS.

No. 1565.   Decided March 27, 1907.

J. V. CUELLER ET AL. V. STATE OF TEXAS.

No. 1564.   Decided March 27, 1907.

J. M. FLORES ET AL. V. STATE OF TEXAS.

No. 1563.   Decided March 27, 1907.

PORFIRIO GARZA ET AL. V. STATE OF TEXAS.

No. 1566.   Decided March 27, 1907.

E. FLORES ET AL. V. STATE OF TEXAS.

No. 1567.   Decided March 27, 1907.

F. PENA ET AL. V. STATE OF TEXAS.

No. 1568.   Decided March 27, 1907.

Each of the above cases was upon writ of error to the Court of Civil Appeals for the Third District, on appeal from Travis County. In each case the State sued in trespass to try title, in the District Court of Travis County, and recovered judgment. In each the defendants appealed, and, on affirmance, obtained writ of error; and in each the following opinion was filed:

BROWN. ASSOCIATE JUSTICE.—This case is governed by the opinion this day filed in cause No. 1562, Leonard Haynes v. State of Texas, and, for the reasons given in that opinion, the judgments of the District Court and Court of Civil Appeals are reversed, and judgment is here rendered for plaintiff in error for the land.

*Reversed, and Rendered for Plaintiffs in Error.*